IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WINSTON HEARNS, as the Independent Administrator of the Estate of JESSIE MAE HEARNS, deceased,<br><br>           Plaintiff,<br>vs.<br><br>HEALTH CARE AND RETIREMENT CORPORATION OF AMERICA, incorrectly sued as HCR MANOR CARE, d/b/a HCR MANOR CARE, INC., d/b/a MANOR CARE HEALTH SERVICES, INC., d/b/a MANOR CARE HEALTH SERVICES HOMEWOOD, and d/b/a MANOR CARE OF HOMEWOOD, IL, L.L.C.,<br><br>           Defendants. | Case No. 07 C 7258<br><br>Judge Ruben Castillo<br><br>**JURY DEMAND** |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, to the above entitled cause, through their respective Attorneys, that this case be dismissed as to all parties and issues, the Plaintiff to pay all costs and attorney's fees out of the settlement proceeds, waiving any right to the recovery of any additional costs and attorney's fees pursuant to any statute or the common law.

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the brining of any action based upon any contact, treatment, or involvement the Defendant, its employees or related corporations or their employees, may have had with Jessie Mae Hearns from the beginning of time until the date of this stipulation.

DICKER & DICKER

_____
Steven M. Dicker,
Attorney for Plaintiff, Winston Hearns
As Special Administrator of the Estate
of Jessie Mae Hearns, deceased

McVEY & PARSKY, LLC

_____
D. Timothy McVey,
Attorney for Defendant, Health Care
and Retirement Corporation of
America

**McVEY & PARSKY, LLC**
30 N. LaSalle Street, Suite 2100
Chicago, IL 60606
312/551-2130